UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CAMPBELL,<br>Petitioner,<br>v.<br>WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al.,<br>Respondents. | No. 1:26-cv-04505-DAD-CSK<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PETITION FOR WRIT OF *HABEAS CORPUS*, AND GRANTING MOTION TO DISMISS</u><br><br>(Doc. Nos. 1, 9, 10) |

Petitioner Richard Campbell is a federal immigration detainee proceeding with a petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 27, 2027, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of *habeas corpus* (Doc. No. 1) be denied. (Doc. No. 10.) Specifically, the magistrate judge found that petitioner was already provided a bond redetermination hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a), and the immigration judge denied bond based on a finding that petitioner posed a danger to the community. (*Id.* at 2–3.) Further, the magistrate judge found that the harm petitioner alleged in relation to prolonged detention has been remedied insofar as he was provided a bond hearing. (*Id.*) The magistrate judge also found that petitioner had failed to exhaust his administrative

remedies challenging the immigration judge's bond decision. (*Id.*) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within 14 days of service. (*Id.* at 8.) To date, no party has filed objections and the time in which to do so has passed. (Doc. No. 10.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations issued on July 27, 2026 (Doc. No. 10) are ADOPTED IN FULL;
2. Petitioner's petition for writ of *habeas corpus* (Doc. No. 1) is DENIED; and
3. Respondents' motion to dismiss (Doc. No. 9) is GRANTED; and
4. The Clerk of the Court is also directed to ENTER judgement in favor of respondents and CLOSE this case.

IT IS SO ORDERED.

Dated: **November 19, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE